## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### EMPLOYMENT DISCRIMINATION COMPLAINT FOR
### PRO SE LITIGANTS IN ACTIONS FILED UNDER
### 42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)
### 29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or
### 42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)

TINA LAMPKIN (RHODES)

*(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

DELTA AIR LINES, INC.

ANALYSE SANDERS, BARB FRANZ

*(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

EDWARD BASTIAN

Case No.: 4:25cv 495 - MW/MAF

*(To be filled in by the Clerk's Office)*

Jury Trial Requested?
☐ YES  ☐ NO

FILED USDC FLND TL
DEC 3 '25 PM4:45
BF

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

   1. Plaintiff's Name: _TENA LAMPKIN (RHODES)_

      Address: _1894 MERCHANTS ROW BLVD_

      _APT. 211_

      City, State, and Zip Code: _TALLAHASSEE, FL   32311_

      Telephone: _678-760-4113_  *(Home)* _____ *(Cell)*

   2. Plaintiff's Name: _____

      Address: _____

      _____

      City, State, and Zip Code: _____

      Telephone: _____ *(Home)* _____ *(Cell)*

      *(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)*

B. Defendant(s)

   1. Defendant's Name: _EDWARD BASTIAN_

      Name of Employer *(if relevant):* _DELTA AIR LINES, INC_

      Address: _1030 DELTA BLVD_

      _____

      City, State, and Zip Code: _ATLANTA, GA   30354_

2. Defendant's Name: *ANNELYSE SAUNDERS & BARB FRANZ*

Name of Employer *(if relevant)*: *DELTA AIR LINES, INC*

Address: *1030 DELTA BLVD*

_____

City, State, and Zip Code: *ATLANTA, GA 30354*

*(Attach a page to provide this information for any additional*

*Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e -
§ 2000e-17 *(race, color, gender, religion, national origin)* **(Note: To bring
a federal lawsuit under Title VII, you must first obtain a Notice of Right
to Sue letter from the Equal Employment Opportunity Commission.)**

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §
621 to § 634. **(Note: To bring a federal lawsuit under the Age
Discrimination in Employment Act, you must first file a charge with the
Equal Employment Opportunity Commission.)**

☐ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C.
§ 12112 to § 12117. **(Note: To bring a federal lawsuit under the A.D.A.,**

*you must first obtain a Notice of Right to Sue letter from the Equal*

*Employment Opportunity Commission.)*

☑ Other Federal Law (*be specific*): RETALIATION . TITLE VII,

SECTION 704(a), SECTION 4(d) of the ADEA, SECTION 503(a) of THE ADEA,

☐ Relevant State Law (*specify, if known*): SECTION 207(f) of 6-INA, and

_____ SECTION

☐ Relevant City or County Law (*specify, if known*): 42 USC 2000gg-2 (f)(i) of

_____ the PWFA

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim.  Do not make legal arguments
or quote from cases.  State the facts which show what happened, as well as
where and when it happened. State how each Defendant was involved and
explain what a Defendant did or did not do. Identify how each named
Defendant caused you harm or violated federal law.  Write each statement in
numbered paragraphs, limited as far as practicable to a single event or incident.
If more than one claim is asserted, number each claim, and ensure that a short
and plain statement of facts supporting each claim is included in the facts
alleged.  Attach no more than two (2) additional pages to state your claim.

"SEE ATTACHED" Charge of Discrimination - EEOC
I WAS EMPLOYED w/ DELTA AIR LINES from September 29, 1997

**Statement of Claim, Continued** *(Page __2__ of __4__ )*

through December 3, 2024, my title when I was constructively discharged was OPERATIONS SERVICE MANAGER ("OSM"). I have worked many positions at DELTA. For the last 4 yrs, I have been an OSM in Tallahassee. I have had a lot of trials with this station. Mostly in the last year and a half when a new Station Manager, who did not care for me, came on board and made my life a living hell. She did everything in her power to separate the team and trash me every chance she got! No matter what I did or said she twisted it around. After the Station Manager totally turned the station upside down, I was the one placed on a letter of concern. I was only given a 2% raise, and I had been on the radar for the past year. The year prior to that Station Manager coming, I was given a 15% raise, as well as an additional bonus given to those exceeding expectations. Also prior to her coming, I had run the station for six months alone. The Station Manager

"Cont'd" Attached

A. The discriminatory conduct at issue includes *(check all that apply):*

☐ Failure to hire

☐ Termination of employment

☐ Failure to promote

☐ Failure to accommodate disability

☐ Unequal terms and conditions of employment

☑ Retaliation

☐ Other acts *(specify):* _____

*(ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.)*

B. The alleged discriminatory acts occurred on: _3-24 /until 9-24_

☐ Plaintiff sought employment with Defendant on _____ or

☑ Was employed by Defendant from _9-29-97_ until _12-3-24_

C. The location where Plaintiff was employed or sought employment was:

Address: _3300 Capital Cir, SW_

_____

City, State, and Zip Code: _THLLAHASEE, FL 32310_

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. Plaintiff filed charges against Defendant with the Equal Employment

Opportunity Commission or the Florida Commission on Human Rights

on: ___9-11-25_____

B. Respondent(s) named on the charging document were: _____

___DELTA AIR LINES, INC_____

(*If possible, attach a copy of the charges filed.*)

C. The Equal Employment Opportunity Commission: *(check one)*

☐ Has not issued a Notice of Right to Sue letter.

☑ Issued a Notice of Right to Sue letter which I received on _____

(***Note: You must attach a copy of the Notice of Right to Sue letter***

***received from the Equal Employment Opportunity Commission to this***

***complaint.***)

D. As claimed in the Equal Employment Opportunity Commission charging

document, Defendant discriminated against Plaintiff because of Plaintiff's:

☐ Gender/Sex *(please identify)* _____

☐ Race *(please identify)* _____

☐ Color *(please identify)* _____

☐ Religion *(please identify)* _____

☐ National origin *(please identify)* _____

☐ Disability/Perceived Disability *(please identify)* _____

☐ Age *(please provide your year of birth only if you asserting a claim for*
*age discrimination)* _____

☑ Other *(please identify)*  RETALIATION _____

E. Plaintiff:

☐ Filed charges concerning this discrimination with the Florida
Commission on Human Relations on ; or

☑ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of
time that has elapsed since filing your charge of age discrimination with
the Equal Employment Opportunity Commission regarding the
Defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days ore more have elapsed.

☐ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a
reasonable accommodation?   ☐ Yes      ☐ No

Explain: _____

_____

H. The facts as set forth above in Section III of this complaint:

☐ Are still being committed by Defendant against Plaintiff

☑ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

☐ Still works for Defendant

☑ No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

I am requesting what I would have tentatively made in salary, if I had been allowed to stay until I retired in 10yrs, which would equal Approximately $1,000,000 that's only if my salary stayed the same. However, being that raises & bonuses are given yearly, I am requesting that as well. I also am requesting that the 8 positive space passes that I earned, be reinstated. I Also want to be reimbursed for property that was kept & broken.

left within a year, and yet another
manager was brought in. I was alloed
to manage again & I led my team to
6 months of receiving Station of The Month
My Field Director + HR recognized me for
turning the Station around. I still had a
couple of agents, who just wanted to keep
the drama going. However, they were able
to transfer to other stations, but not
before stirring up trouble. ONE agent had a
complete meltdown after missing a non-rev
Flight. He cursed out the Red Coat @ the
gate + continued his out of control
rant @ the ticket counter, cursing &
screaming in front of customers, and even
continued to the back break room where the
Station Manager + I were. The more I
tried to rationalize with him the worse he
got, even getting in my face screaming.
IT was horrible the way he carried on.
It was so bad, that the Station Manager
said to me, that if he had said one more
thing to me, she was going to call it
workplace violence. It really should have
been done anyway. I recommended that
he be placed on a FCAN, however, the Field
Director said NO, he needs an RFT. After

AFTER doing all the work & reports, the day,
I was placing him on suspension, he asked
to talk to HR alone. The next thing I was
being told is that his suspension was being
recalled, and I was to show him back
active. After getting into trouble & asking
to talk w/ HR, he was allowed to
retaliate against me, & the team. His
transfer was granted, and he was
able to fly in & out of TLH to
commute.

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff

☑ Defendant be directed to re-employ Plaintiff

☑ Defendant be directed to promote Plaintiff

☑ Defendant be directed to _reinstate positive space passes I earned, and pay what I lost in wages, pay for my property that they stole & broke_

☑ Plaintiff seeks costs and fees involved in litigating this case and such other

relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _12-3-25_ Plaintiff's Signature: _____

Printed Name of Plaintiff: _TINA LAMPKIN_

Address: _1894 MERCHANTS ROW BLVD_

_APT. 211, TALLAHASSEE, FL 32311_

E-Mail Address: _LOVELYTLR @ yahoo. com_

Telephone Number: _678· 760·4113_

EEOC No. 511-2025-04333 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 511-2025-04333 |
| Florida Commission On Human Relations | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Tina L. Lampkin

Phone No.:          (678) 760-4113
Year of Birth:      1967
Mailing Address: 1894 Merchants Row Blvd., Apt. 211
TALLAHASSEE, FL 32311

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Delta Airlines
No. Employees, Members: 501+ Employees
Phone No.: (404) 715-7311
Mailing Address: 3300 Capital Cir., SW
TALLAHASSEE, FL 32310, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 08/01/2024
Latest: 12/30/2024

THE PARTICULARS ARE:

I, Tina L. Lamkin, was employed by Delta Airlines ("Delta") from September 27, 1997, through December 30, 2024, my title when I was constructively discharged was Operations Service Manager ("OSM"). I have worked in many positions at Delta. For the last 4yrs, I have been an OSM in Tallahassee. I have had a lot of trials with this station. Mostly in the last year and a half when a new Station Manager, who did not care for me, came on board and made my life a living hell. She did everything in her power to separate the team and trash me every chance she got! No matter what I did or said she twisted it around. After the Station Manager totally turned the station upside down, I was the one placed on Letter Of Concern. I was only given a 2% raise, and I had been on the radar for the past year. The year prior to the Station Manager coming I was given a 15% raise, as well as a bonus only given to those exceeding expectations. Also, prior to the Station Manager coming I had run the station alone for six months. The Station Manager left within the year, and a new manager was brought in. I was allowed to Manage again and have led my team to 6 months of receiving Station of The Month. My Field Director and HR recognized me for turning the station around. I still had a couple of agents, who just wanted to keep the drama going. However, they were able to transfer out, but not before stirring up trouble. One agent had a complete meltdown after missing a non-rev flight. He cursed out the Red Coat at the gate and continued his out-of-control rant at the ticket counter, cursing and screaming in front of customers, and even continued to the back breakroom where the Station Manager and I were. The more I tried to rationalize with him the worse he got, even getting in my face. It was horrible the way he carried on. It was so bad that the Station Manager said to me, that if he had said one more thing to me, she was going to call it workplace violence. It really should have been

EEOC No. 511-2025-04333 | FEPA No.

done anyway. I recommended that he be placed on a FCAN, however, the Field Director said no, he needs an RFT. After doing all the work and reports, the day they were placing him on suspension, he asked to talk to the HR Manager alone, the next thing I was being told is that his suspension was being recalled, and I was to show him back active. After getting into trouble and asking to talk with HR, he was able to retaliate against me and the team. His transfer was granted, and he was able to fly in and out of TLH to commute. I had done everything in my power for the team, yet the recovering Meth user, with only two years with the company, who I hired, is able to retaliate against me. I who had been a faithful servant for 27 yrs for Delta, working everyday 12+ hrs. Even my off days. I, who gave up two weeks of vacation last year and who cared about everyone on my team, I am the one who gets suspended. Please, can anyone make it make sense. The agent had been able to bully and torture me with his wild rants and outbursts. I have been forced to suffer in silence, because any time I reported his behavior to my Senior Leaders or HR, I was ignored and even told I was blowing it out of proportion. I have been overlooked, my safety, health and well-being have been placed in jeopardy. I am not only a good Steward for Delta, but also my mom. All of the things that the previous STM and some of the team did to me, was done while my mother was fighting for her life with serious health issues. I continued to show up for my team every day. Now my livelihood is being challenged, because this 2yr troublesome disgruntled employee said I have favorites. When I had done more for him than most, even working his shift so he could have the day off. He and the previous STM spent a lot of time outside of work together going to dinners and outings. I was stunned by all that has been allowed to happen to me, but this suspension without pay, is beyond my belief. I'm requesting the same leniency that was given to him, and I want to be reinstated to my position. In further retaliation by Delta, I was told that in lieu of termination or resignation, you may elect to retire. I've done nothing wrong to be placed in that position. I've dedicated 27 years to Delta and can still be an asset with my years of knowledge with the company and my extensive experience with Delta. However, I was forced to retire or forgo all the benefits that I worked so hard for and earned if I chose termination. I was retaliated against by Delta and an employee who was in trouble and about to be fired who wrongfully accused me, his manager, of having favorites. He provided no evidence to corroborate his bogus allegations lodged against me. I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and all applicable state statutes.

Case 4:25-cv-00495-MW-MAF   Document 1   Filed 12/03/25   Page 16 of 21

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Tina L. Lampkin
09/17/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 511-2025-04333 to the District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500, Miami, FL 33131.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 511-2025-04333 to the District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500, Miami, FL 33131.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Tampa Field Office**
501 East Polk St, Suite 1000
Tampa, FL 33602
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

**To:** Tina L. Lampkin
1894 Merchants Row Blvd., Apt. 211
Tallahassee, FL 32311

Charge No: 511-2025-04333

EEOC Representative and email:     Pedro Hernandez
Investigator
Pedro.hernandez@eeoc.gov

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 511-2025-04333.

On behalf of the Commission,

Digitally signed by
Tamra Schweiberger
Date: 2025.09.22
10:18:03 -04'00'

Tamra S. Schweiberger
Director

**Cc:**
Annelyse Sanders, Human Resources
Delta Airlines
3300 Capital Circle SW
Tallahassee, FL 32310
Annelyse.sanders@delta.com


Please retain this Notice for your records.